17863, 17864.    MANIS *v.* SOUTHERN RAILWAY COMPANY; and *vice versa.*

BROYLES, C. J.    1. The court did not err in ruling that the petition as amended was not subject to the demurrers interposed.

2. The plaintiff failed to prove his case as laid, and the court properly awarded a nonsuit.

*Judgments affirmed on both the main and the cross bills of exceptions. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Action for damages; from Whitfield superior court—Judge Tarver.    October 12, 1926.

*J. A. McFarland, William E. & Gordon Mann,* for plaintiff.
*Maddox, Maddox & Mitchell,* for defendant.

---

Pleading, 31 Cyc. p. 407, n. 71.
Trial, 38 Cyc. p. 1555, n. 8; p. 1556, n. 9.